United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: January 2, 2025
Docket #: 24-313
Short Title: Smart Study Co., LTD. v. Acuteye-US

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:21-cv-5860
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Gregory Howard Woods

NOTICE OF SUBMISSION DATE
FOR DETERMINATION OF APPEAL

**Submission Date:** Wednesday, February 5, 2025

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.